IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 18 1997

Michael N. Milby, Clerk of C

| | | |
|---|---|---|
| DEE I. CHANCE, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 92-232 |
| | § | (Judge Samuel Kent) |
| PHILLIPS PETROLEUM, et al. | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DEE I. CHANCE, et al. | § | |
| | § | #-6 |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 97-3541 |
| | § | (Judge Nancy Atlas) |
| KENT C. SULLIVAN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF CONSOLIDATION

After considering the defendants' motion to consolidate, the response by plaintiffs and the applicable law, this Court is of the opinion that the motion should be GRANTED. It is, therefore,

ORDERED that Civil Action No. H-97-3541 is consolidated with Civil Action No. G-92-232.

SIGNED this 17th day of Nov., 1997.

HONORABLE SAMUEL KENT
U. S. DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk